**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Bryan David Scofield
Scofield & Rivera
P. O. Box 4422
Lafayette LA 70502


**REHEARING ACTION: May 11, 2016**


**Docket Number: 15   01083-CA**

**MITCH BENSON**
**VERSUS**
**RAPIDES HEALTHCARE SYSTEM, L.L.C., ET AL.**

**Appealed from Evangeline Parish Case No. 72300-A**


**BEFORE JUDGES:**

> **Hon. Marc T. Amy**
> **Hon. Elizabeth A. Pickett**
> **Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mitch Benson** has this day been

> **DENIED.**


cc: William H. Parker, III, Counsel for the Appellant
    Michael Wayne Adley, Counsel for the Appellee